### BRIGGS v. BRIGGS.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

No opinion. Judgment affirmed for non-submission of papers under stipulation.

---

### In re CITY OF BROOKLYN.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

No opinion. Commissioner appointed.

---

### COLE v. MILLERTON IRON CO.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

No opinion. Reargument ordered. BARNARD, J., not sitting.

---

### In re RAPALYE.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

No opinion. Order reversed, with costs and disbursements. and application denied, with costs.

---

### HASKINS v. STEWART et al.

*(Supreme Court, General Term, Second Department. September 8, 1890.)*

No opinion. Motion denied. See 10 N. Y. Supp. 833.

---

### MORTON v. RICHARDSON.

*(Supreme Court, General Term, Second Department. September 8, 1890.)*

No opinion. Judgment affirmed, with costs.

---

### WOOLSEY, Respondent, v. LONG ISLAND CITY, Appellant, (two cases.)
### TURNER, Respondent, v. SAME, Appellant.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

No opinion. Judgment reversed, and new trial granted, costs to abide event, on opinion of *Van Deventer* v. *Long Island City*, 10 N. Y. Supp. 801.

---

### KENE, Respondent, v. BERGHOLZ, Appellant.

*(Supreme Court, General Term, Second Department. December 10, 1890.)*

Appeal from circuit court, Westchester county.
Argued before DYKMAN and PRATT, JJ.
*J. M. Ferguson,* for appellant. *Isaac N. Mills,* for respondent.

PRATT, J. There is nothing involved in this case but a question of fact, which was fairly submitted to the jury, and is settled by their verdict. Judgment affirmed, with costs.

---

### BARKER, Appellant, v. TOWN OF OSWEGATCHIE, Respondent.

*(Supreme Court, General Term, Third Department. September 25, 1890.)*

No opinion. Order reversed, and injunction granted, with $10 costs, and printing disbursements.